# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILIP MAHONEY | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  24-4576 |
| | : | |
| LOWER MERION SCHOOL DISTRICT, HARRITON HIGH SCHOOL, SCOTT WEINSTEIN, KHALID NABEEN MUMIN, DAVID EDWARD MOLOD, JONATHAN HUDSON MOLOD, JENNIFER MOLOD, GREGORY J. FLYNN, LORRAINE D. FLYNN, JOHN AND JANES DOES #1-10 | : | |

# ORDER

**AND NOW**, this 15th day of April 2025, upon considering defendants Harriton High School, Lower Merion School District, Khalid Nabeen Mumin, and Scott Weinstein's motion to dismiss (DI 14), Mr. Mahoney's response in opposition (DI 19), and defendants' reply (DI 21), it is **ORDERED** that defendants' motion to dismiss (DI 14) is **GRANTED**.

**AND**, pursuant to 28 U.S.C. § 1367, the Clerk of Court shall **remand** the claims against all remaining defendants to the Court of Common Pleas of Montgomery County.  The Clerk of Court shall **close** this case.

*/s/ John F. Murphy*
**MURPHY, J.**